**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

In re:                                                                          In Bankruptcy

**GREGORY & CHANTELL MARTIN**                 Case No.: 10-43032-SWR
                                                                                *Chapter 7*
                                                                                *Honorable S.W. RHODES*


_____Debtor (s)_____/


### NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.69 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| CHASE BANK USA, NA<br>C/O CREDITORS BANKRUPTCY SERV.<br>PO Box 740933<br>Dallas, TX 75374 | 6 | $2.69 |


Dated: January 12, 2011

                                                                    */s/ BASIL T. SIMON (P26340)___*
                                                                    Chapter 7 Trustee
                                                                    422 W. Congress, Suite 400
                                                                    Detroit, MI 48226
                                                                    313/962-6400
                                                                    bsimon@sszpc.com